UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MARK SCHMIDT, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Case No. 4:20-cv-01514-SRC |
| MID-CENTURY INSURANCE COMPANY, | ) ) ) ) |
| *Defendant.* | ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, by and through the undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby stipulates and agrees that all of Plaintiff's claims against Defendant Mid-Century Insurance Company are hereby dismissed with prejudice.

Plaintiff further stipulates and agrees that each party is to pay their own costs, and attorneys fees and expenses.

LAKE MUNRO, LLC

/s/ Kevin T. Lake

KEVIN T. LAKE                 #47708
777 Bonhomme Ave., Suite 1501
Clayton, Missouri 63105
Phone: (314) 863-0077
Fax: (314) 863-7494
E-Mail: klake@lakemunrolaw.com
***Attorney for Plaintiff***